(No. 6796)

HALE-PRIETSCH SERVICES, INC., Claimant, *vs*. STATE OF ILLINOIS, ILLINOIS BUREAU OF INVESTIGATION, RESPONDENT.

*Opinion filed September 5, 1972.*

HALE-PRIETSCH SERVICES, INC., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PERLIN, C.J.

(No. 6656)

A. R. BROWNLIE, JR., M.D., Claimant, *vs*. STATE OF ILLINOIS, DEPARTMENT OF PUBLIC AID, Respondent.

*Opinion filed September 7, 1972.*

DR. A. R. BROWNLIE, JR., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM E. WEBBER, Assistant Attorney General, for Respondent.

PERLIN, C.J.